# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clevo Shuff ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                 3:11-cv-217
                                                    3:09-cr-8-1

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2011 Order.

                                                         Signed: May 4, 2011

                                                         Frank G. Johns, Clerk
                                                         United States District Court